ESTELLE M. WEINER, PLAINTIFF-RESPONDENT CROSS-APPELLANT, v. HOWARD M. WEINER, DEFENDANT-APPELLANT CROSS-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued December 19, 1973—Decided January 8, 1974.

Before Judges LEONARD, ALLCORN and CRAHAY.

*Mr. Howard M. Weiner,* appellant-cross-respondent, argued the cause *pro se.*

*Mr. Edward D. McKirdy* argued the cause for the respondent-cross-appellant (*Messrs. McKirdy and Riskin,* P.A., attorneys.)

PER CURIAM. The judgment of the Chancery Division is affirmed essentially for the reasons set forth in the opinion of Judge Polow.